**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Jeffrey S. Shinbrot**<br>**Jeffrey S. Shinbrot, APLC**<br>**8200 Wilshire Blvd.**<br>**Suite 400**<br>**Beverly Hills, CA 90211**<br>**3106595444 Fax: 3108788304**<br>**155486**<br>jeffrey@shinbrotfirm.com<br>*Attorney for:* | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>   **Menco Pacific, Inc.**<br><br>                                   Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other *(specify):* _____                            Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**September 26, 2016**
Date: _____          _____
                                          Signature (handwritten) of authorized signatory of Filing Party

                                          **Oscar Ruben Mendoza**
                                          Printed name of authorized signatory of Filing Party

                                          **President**
                                          Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**September 26, 2016**
Date: _____          **/s/ Jeffrey S. Shinbrot**
                                          Signature (handwritten) of attorney for Filing Party

                                          **Jeffrey S. Shinbrot 155486**
                                          Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                          F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Menco Pacific, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-0354252** | |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**15110 Keswick Street**<br>**Van Nuys, CA 91405**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County |

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**15110 Keswick Street Van Nuys, CA 91405**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Menco Pacific, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **Menco Pacific, Inc.**                                          Case number (*if known*)
          Name

**11. Why is the case filed in**    *Check all that apply:*
**this district?**
    ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                                  **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                      What is the hazard?

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other

                                  **Where is the property?**

                                                                        Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No

                                  ☐ Yes.   Insurance agency

                                           Contact name

                                           Phone

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**
                                  ■ Funds will be available for distribution to unsecured creditors.

                                  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**                   ■ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                ☐ 200-999

**15. Estimated Assets**        ☐ $0 - $50,000            ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Menco Pacific, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2016**
                MM / DD / YYYY

*X* **/s/ Oscar Ruben Mendoza**                                              **Oscar Ruben Mendoza**
Signature of authorized representative of debtor                            Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Jeffrey S. Shinbrot**                        Date    **September 26, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey S. Shinbrot**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**8200 Wilshire Blvd.**
**Suite 400**
**Beverly Hills, CA 90211**
Number, Street, City, State & ZIP Code

Contact phone    **3106595444**          Email address    **jeffrey@shinbrotfirm.com**

**155486**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot**<br>**8200 Wilshire Blvd.**<br>**Suite 400**<br>**Beverly Hills, CA 90211**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486**<br>**jeffrey@shinbrotfirm.com** | |

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Menco Pacific, Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br>                              Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September 26, 2016**  _____     /s/ Oscar Ruben Mendoza
                                                                Signature of Debtor 1

Date:  _____

                                                                _____
                                                                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September 26, 2016**  _____     /s/ Jeffrey S. Shinbrot
                                                                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

**Fill in this information to identify the case:**

Debtor name **Menco Pacific, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2016**         X /s/ Oscar Ruben Mendoza
                                              Signature of individual signing on behalf of debtor

                                              **Oscar Ruben Mendoza**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Menco Pacific, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACME Construction Supply 330 Se Salmon Street Portland, OR 97214** | **503-872-9805** | **Trade debt.** | | | | **$21,467.97** |
| **ACME Construction Supply 330 Se Salmon Street Portland, OR 97214** | **503-872-9805** | **Trade debt.** | | | | **$21,467.97** |
| **Bay City Electric Works PO Box 32993 Phoenix, AZ 85064** | **866-938-8200** | **Trade debt.** | | | | **$92,325.18** |
| **Bay City Electric Works P.O. Box 32993 Phoenix, AZ 85064** | **866-938-8200** | **Trade debt.** | | | | **$92,325.18** |
| **CED-San Diego P.O. Box 509079 San Diego, CA 92150** | **435-753-2850** | **Trade debt.** | | | | **$46,141.43** |
| **Chase Bank 17900 Chatsworth Street Granada Hills, CA 91344** | **818-368-1037** | **Trade debt.** | | | | **$247,569.62** |
| **Cosco Fire Protection 4990 Greencraig Lane San Diego, CA 92123** | **858-444-2000** | **Trade debt.** | | | | **$71,268.75** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor | **Menco Pacific, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Craton, Switzer & Tokar, LLP** 100 Oceangate Ste. 1200 **Long Beach, CA 90802** | **Curt Craton, Esquire** 562-628-5533 | **Litigation counsel.** | | | | $25,870.79 |
| **Eaton Corp.** 8609 Six Forks Road **Raleigh, NC 27615** | | **Trade debt.** | | | | $19,311.80 |
| **Jon Blumenthal** 3645 Copper Crest **Encinitas, CA 92024** | **Jerome R. Moe, Esquire** jrm@jmoelaw.com 619-234-0045 | **Lawsuit** | **Disputed** | $1,500,000.00 | $6,000.00 | $664,000.00 |
| **Kenaston Flooring INc.** 201 Hillcrest Avenue **San Bernardino, CA 92408** | 909--884-8788 | **Trade debt.** | | | | $24,300.00 |
| **Modular Space Corporation** 12603 Collection Center Drive **Chicago, IL 60693-0126** | 866-488-5036 | **Trade debt.** | | | | $21,680.15 |
| **National Construction and Maintenan** 1955 W. 9th Street **San Bernardino, CA 92411** | 619-561-5110 | **Lawsuit penidng.** | | | | $86,000.00 |
| **National Construction and Maintenan** 1955 W. 9th Street **San Bernardino, CA 92411** | 619-561-5110 | **Lawsuit pending.** | | | | $81,000.00 |
| **National Construction and Maintenan** 1955 W. 9th Street **San Bernardino, CA 92411** | 619-561-5110 | **Lawsuit pending.** | | | | $66,000.00 |
| **Performance Automation Solutions In** 10633 Roselle Street Suite G **San Diego, CA 92121** | 858391-6400 | **Trade debt.** | | | | $31,318.30 |

Debtor  **Menco Pacific, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Performance Automation Solutions, I 10633 Roselle Street Suite G San Diego, CA 92121** | **858-391-6400** | **Trade debt.** | | | | **$31,318.30** |
| **Prosperous Law Group PC 3692 Katella Ave., Ste. B Los Alamitos, CA 90720** | **David Tran, Esquire** **562-296-8750** | **Outside legal services.** | | | | **$68,550.00** |
| **United Rentals (North America) Inc. File 51122 Los Angeles, CA 90074** | **408-736-7560** | **Trade debt.** | | | | **$88,640.96** |
| **Waterproofing Associates Inc. 975 Terra Bella Avenue Mountain View, CA 94043** | **650-937-1299** | **Trade debt.** | | | | **$29,390.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Menco Pacific, Inc.
15110 Keswick Street
Van Nuys, CA 91405


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
8200 Wilshire Blvd.
Suite 400
Beverly Hills, CA 90211


15101 Keswick, LLC
19411 Londelius Street
Northridge, CA 91324


ACME Construction Supply
330 Se Salmon Street
Portland, OR 97214


Airgas
PO Box 7423
Pasadena, CA 91109-7423


Allied Building Products
PO Box 101087
Pasadena, CA 91189-1087


Allied Storage Containers
PO Box 519
Colton, CA 92324


AMS San Diego
PO Box 101087
Pasadena, CA 91189-1087

Anchor Consruction Specialities
7071 Carroll Road
San Diego, CA 92121

Anchor Construction Specialties
7071 Carroll Road
San Diego, CA 92121

Arrow Tools
7635 Burnet Avenue
Van Nuys, CA 91405

Bay City Electric Works
P.O. Box 32993
Phoenix, AZ 85064

Bay City Electric Works
PO Box 32993
Phoenix, AZ 85064

Brandex
109 N. Maple Street, Unit E
Corona, CA 92880

Brandex
109 N. Maple Street Unit E
Corona, CA 92880

Bruckner Law Firm APC
4550 Kearney Villa Rd., Ste. 209
San Diego, CA 92123-9210

Bruckner Law Firm, APC
4550 Kearney Villa Road Suite 209
San Diego, CA 92123


California Site Service
PO Box 1228
Santa Clara, CA 95052-1229


Cartwright
595 South Riverwoods Parkway
Suite 270
Logan, UT 84321


CED-San Diego
P.O. Box 509079
San Diego, CA 92150


CED-San Jose
P.O. Box 4157
Walnut Creek, CA 94596


Cemex
PO Box 100497
Pasadena, CA 91189-0497


Certified Testing & Consulting Serv
3144 Ventura Dr., Ste. 100
Lincoln, CA 95648


Chase Bank
17900 Chatsworth Street
Granada Hills, CA 91344

Contractors Accounting Services
PO Box 2352
Orange, CA 92859


Copy Care
2122 Auto Park Way
Escondido, CA 92029


Cosco Fire Protection
4990 Greencraig Lane
San Diego, CA 92123


Craton, Switzer & Tokar, LLP
100 Oceangate Ste. 1200
Long Beach, CA 90802


Dahl's Equipment Rentals, Inc.
1110 N. 10th Street
San Jose, CA 95112-4409


DEI Construction
P.O. Box 218
Mountain View, CA 94035


DMG North Inc.
4795 Heyer Avenue
Castro Valley, CA 94546


Easy Fuel
1346 E. Taylor Street
San Jose, CA 95133

Eaton Corp.
8609 Six Forks Road
Raleigh, NC 27615

Eco Box
PO Box 610218
San Jose, CA 95161-0218

Glendale Water & Power
141 North Glendale Avenue Level 4
Glendale, CA 91206-4496

Grainger
Dept. 883751653
Palatine, IL 60038-0001

Harrington Industrial Plastics, LLC
PO Box 5128
Chino, CA 91708-5128

Harry's Glass Shop
1323 East Walnut Street
Pasadena, CA 91106

Hayat Painting & Wallcovering, Inc.
2124 1/2 Glencoe Avenue
Venice, CA 90291

Hicks Pension Services
3459 W. Shaw Avenue
Fresno, CA 93711

Hilti
PO Box 382002
Pittsburgh, PA 15250-8002


House of Business Machines
4652 Lankershim Blvd.,
North Hollywood, CA 91602


Incompli Inc.
23034 Lake Forest Drive Suite B
Laguna Hills, CA 92653


Intelli-Tech
1031 Serpentine Lane, Suite 102
Pleasanton, CA 94566


Internaional Fidelity Insurance Co
US Home Office
One Newark Center, 20th Floor
Newark, NJ 07102


Internal Revenue Service
PO Box 510000
San Francisco, CA 94151-5100


Internal Revenue Service
PO Box 51000
San Francisco, CA 94151-5100


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerome R. Moe, Esquire
401 B StreetSuite 1470
San Diego, CA 92101


Jon Blumenthal
3645 Copper Crest
Encinitas, CA 92024


Kenaston Flooring INc.
201 Hillcrest Avenue
San Bernardino, CA 92408


King Business Services, Inc.
dba Debris Box
10981 San Diego Mission Road
Suite 245
San Diego, CA 92108


Lehigh Hanson
15620 Collection Center Drive
Chicago, IL 60693


Maxx Metals
355 Quarry Road
San Carlos, CA 94070


McCormick Siepler & Baker
500 N. Brand Blvd., 5th Floor
Glendale, CA 91203


ModSpace
1200 Swedesford Road
Berwyn, PA 19312

Modular Space Corporation
12603 Collection Center Drive
Chicago, IL 60693-0126


National Construction and Maintenan
1955 W. 9th Street
San Bernardino, CA 92411


National Construction Rentals, Inc.
PO Box 4503
Pacoima, CA 91333-4503


National Grating, Inc.
180 North Avenue
Missoula, MT 59801


NU Acoustics
3845 Stobbs Way
Riverside, CA 92509


Oscar R. Mendoza
15110 Keswick Street
Van Nuys, CA 91405


Pallmar and Company
1830 Neville Street
Orange, CA 92865


Panel Built Inc.
PO Box 2658
Blairsville, GA 30514

Patriot Environmental Services
4175 Lakeside Drive Suite 160
Richmond, CA 94801


Peninsula Crane & rigging
656 Wool Creek Drive
San Jose, CA 95112


Performance Automation Solutions In
10633 Roselle Street Suite G
San Diego, CA 92121


Performance Automation Solutions, I
10633 Roselle Street Suite G
San Diego, CA 92121


Power Plus
1210 N. Red Gum Street
Anaheim, CA 92806


Prosperous Law Group PC
3692 Katella Ave., Ste. B
Los Alamitos, CA 90720


Reed Surety & Insurance Servicess
PO Box 2352
Orange, CA 92859


RM Consulting
20734-A Devonshire
Chatsworth, CA 91311

S&D Concrete Pump
3513 Boysol Ct.
San Jose, CA 95132


Safe2core
3851 Charter Park Drive Suite M
San Jose, CA 95136


Safway Group
750 Walsh Avenue
Santa Clara, CA 95050


Siemens Industry Inc.
2582 Industrial Blvd., Suite 300
Hayward, CA 94545


Star Lift Rentals
1000 Leslie Street
La Habra, CA 90631


Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384-9211


Synetcom
3544 Seagate Way # 100
Oceanside, CA 92056


Toro-Aire, Inc.
150 W. 6th Street., # 205
San Pedro, CA 90731

Tran & Co., Prosperous Law Group
3692 Katella Avenue Suite B
Los Alamitos, CA 90720


Tran & Company Prosperous Law Group
3692 Katella Avenue Suite B
Los Alamitos, CA 90720


Unico Mechanical Corp.
1209 Polk St.,
Benicia, CA 94510


United Rentals (North America) Inc.
File 51122
Los Angeles, CA 90074


United Site Services
P.O. Box 53267
Phoenix, AZ 85072-3267


Waterproofing Associates Inc.
975 Terra Bella Avenue
Mountain View, CA 94043


Western Allied Mechanical, Inc.
1180 O'Brian Drive
Menlo Park, CA 94025


White Cap Const. Supply
PO Box 6040
Cypress, CA 90630-0040